Geoffrey C. Chackel, Esq., OSB# 155727
geoff@chackellaw.com
CHACKEL LAW, PC
11440 W. Bernardo Court, Suite 300
San Diego, CA 92127
(619) 567-2454
(619) 452-1212
Attorney for Defendant Combined Communications, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES FORTUNE,<br><br>        Plaintiff,<br><br>    v.<br><br>COMBINED COMMUNICATIONS, INC.,<br><br>        Defendant. | Case No: 6:19-cv-01236-MC<br><br>**STIPULATED MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSIVE PLEADING** |

**MOTION**

On August 15, 2019, Defendant Combined Communications, Inc., ("CCI") was served with the Summons and Complaint in this matter. Although CCI has retained counsel, it needs additional time to investigate the allegations in the Complaint, prepare a responsive pleading and consider a potential early resolution to this matter. In this regard, counsel for CCI and counsel for Plaintiff James Fortune have addressed the matter and jointly stipulated to a two-week extension of the deadline to file a responsive pleading from September 5, 2019 to September 19, 2019.

    STIPULATED MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSIVE
    PLEADING-                                                                                                            1

Based upon the foregoing stated need for additional time to investigate the allegations in the Complaint, prepare a responsive pleading and consider an early resolution, the parties jointly move the Court for the following:

1. A 14-day extension of the deadline for CCI to file a responsive pleading from September 5, 2019, to September 19, 2019.

This motion is made in good faith and not for the purpose of undue delay.

Dated: September 4, 2019.                THE LAW OFFICE OF GEOFFREY C. CHACKEL, PC


/s/ Geoffrey C. Chackel, Esq.
GEOFFREY C. CHACKEL, Esq.
Attorney for Defendant Combined Communications, Inc.


LIEBOWITZ LAW FIRM, PLLC

/s/ Richard Liebowitz
Richard Liebowitz
RL@Liebowitzlawfirm.com
Attorney for Plaintiff James Fortune

STIPULATED MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSIVE PLEADING-                                                                                                  2

CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2019, I served a true and correct copy of the foregoing STIPULATED MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSIVE PLEADING on Richard Liebowitz, Attorney for Plaintiff, via email at his last known email address below.

Richard Liebowitz
Liebowitz Law Firm, PLLC
RL@Liebowitzlawfirm.com

Dated September 4, 2019.

                              CHACKEL LAW, PC

                              /s/ Geoffrey C. Chackel
                              Geoffrey C. Chackel, Esq., OSB# 155727
                              Attorney for Defendant