Please fax back to: (212) 896-5383 or email to: Contracts@tritondigitalmedia.com



# TRITON DIGITAL

**WEBWISE
STATION AFFILIATION AGREEMENT**

This Agreement is dated March 11, 2010 and is between Triton Digital located at 220 West 42nd Street, New York, New York 10036 ("Triton") and KBND-AM ("Station"), a radio Station broadcasting in the Bend, OR market as defined by Arbitron.

1. Station will be supported by the WebWise for Radio Service (the "Service") that consists of the following service components: (a) website design, navigation and build-out (b) website hosting (c) use of proprietary software for site updating and maintenance (d) certain support services for Station. These service components are defined in Service Schedule annexed hereto and made a part of this Agreement. The Station acknowledges that Triton has subcontracted Envisionwise Web Services ("Envisionwise") to provide the Service, and that Triton is responsible for supplying Envisionwise's services to Station, consistent with an Agreement between Triton and Envisionwise.

2. In exchange for the Service, Station agrees to:

    a. broadcast **35 minutes** per week of commercials delivered to Station by Triton. Commercials are day specific and must air as **5 minute(s) of inventory per day** between the hours of **6:00 a.m. - 10:00 p.m., Monday - Sunday**, in a fair and equitable rotation. Commercial audio will be delivered to Station in a generally accepted electronic format at least three business days prior to scheduled air date.

    b. pay a one-time set up fee of $350 due at the signing of this Agreement. Fee should be payable to Triton Digital and remitted to Triton Digital, 220 West 42nd Street, 4th Floor, New York, NY 10036, Attention: Vanessa.

3. Station agrees to send Triton clearance information that states the airtimes of the commercials provided by Triton. Such affidavits must be remitted online within 10 days of the broadcast date at http://affiliate.dial-global.com.

4. This Agreement shall continue until either Station or Triton gives 60 days advance written notice of termination. However, neither Station nor Triton shall give such notice or shall not terminate during initial 104 weeks following obligation to broadcast commercials.

5. Termination notices shall be delivered via Certified Mail to Triton Digital, 220 West 42nd Street, 4th Floor, New York, NY 10036 or email to Contracts@tritondigitalmedia.com and include Station call letters, Service name and reason for termination.

6. If either party fails to satisfy its material obligations under this Agreement, the other party shall have the right to immediately terminate this Agreement.

7. Station is prohibited from duplicating, copying or otherwise distributing in any way, any software code or training materials provided to support Station's site.

Please fax back to: (212) 896-5383 or email to: Contracts@tritondigitalmedia.com

8. Upon termination, Triton will provide to Station, at no cost, its choice of either a complete TAR or ZIP file of its web pages and any data collected by Station's web pages within 10 days of written request to do so.

9. All discussions, materials, communications between staff of Station and staff of Triton are considered strictly confidential. (A) Triton and Envisionwise agree not to disclose to any third parties the information and communications between Station and any employee or representative of Triton or Envisionwise. (B) Station agrees not to disclose to any other station terms relating to station compensation or related matters.

10. Station grants Triton the right to use station call letters and/or logo in marketing and promotional materials related to Service.

11. Account and file security will be provided to Station at or above currently accepted industry standards.

12. Neither Triton nor Envisionwise will release any record of Station's account, any of its files or confidential information.

13. Station retains all rights to content it supplies for web pages unless rights are held by third parties, in which case, Station is responsible for obtaining all necessary rights for Station's use. Each party agrees to indemnify the other against liability for any rights infringement related to content provided by the other party.

14. Triton shall defend, indemnify and hold Station harmless for any expenses, liability, damages or losses caused by Triton, its officers, directors, employees, or agents, including reasonable attorney's fees and costs which result from any breach of Triton's obligation hereunder, except that in no event shall Triton be liable for loss of revenues, loss of profits, incidental or consequential damages arising there from.

15. Station shall defend, indemnify and hold Triton harmless for any expenses, liability, damages or losses caused by Station, its officers, directors, employees, or agents, including reasonable attorney's fees and costs, which result from any breach of Station's obligation hereunder, except that in no event shall Station be liable for loss of revenues, loss of profits, incidental or consequential damages arising there from.

16. This Agreement supersedes and replaces any previous documents, correspondence, conversation or other written or oral understandings related to the subject matter of this Agreement.

17. This Agreement may not be assigned in whole or in part without the written consent of the non-assigning party.

18. This Agreement shall be deemed to have been made in the State of New York and its validity, construction, performance and breach shall be governed by the laws of the State of New York applicable to Agreements made and to be wholly performed therein. The parties agree to submit to the jurisdiction of the Federal or State courts located in New York County in any action which may arise out of this Agreement and said courts shall have exclusive jurisdiction over all disputes pertaining to this Agreement and all matters related thereto.

(Signature Page Follows)

Please fax back to: (212) 896-5383 or email to: Contracts@tritondigitalmedia.com

Please sign where indicated below to acknowledge you agree to the terms described above.

**Station Information:**

Call Letters: KBND  Market: Bend, OR

Group: Combined Comm.  Format: News/TlK

Address: Box 5037

City: Bend  State: OR  Zip: 97708

Phone: 382-5263  Fax: 541-388-0456

**Need Domain Name?**

1st Choice-

2nd Choice-

**Have Domain Name(s)?**

Website URL: KBND.com

Send Spots To: Julia Gray

Title:

Phone: 541-388-1110

E-Mail: Julia@kbnd.com

**Signed for Station:**

Signature: [signature]

Name: Mike Chewy

Title: GM  Date: 3/10/10

**Person authorized to approve site design:**

Name: Dave Adams / Julia Gray

Title:

Phone: 388-1110

E-mail: Dave at kbnd.com

**Key Station Contact: (if different than above)**

Name:

Title:

E-mail:

Phone:

**Signed for Triton:** [signature]  Date: 3/11/10

Dominick Milano
Executive Vice President
Triton Digital

*KBND-AM - WW 5min 10*                                                                                           *Page 4 of 9*

**EXHIBIT A**
**Page 3 of 5**

Please fax back to: (212) 896-5383 or email to: Contracts@tritondigitalmedia.com

WebWise for Radio
Schedule of Services

### Website Design

We will work with Station to define website objectives and provide Station with site templates which can be modified to reflect its brand and image.

Station will be presented with site prototype, including design and navigation plan, for review and approval following our initial conference call with Station and our web team. Once Station is satisfied with prototype, we'll request e-mail approval by General Manager or Station designee referenced on signature page of the Agreement. Following prototype approval, we'll proceed to build out the site, install the tools and train you.

Once design has been approved and site is live:

- If Station site requires cosmetic tweaks, updates to navigation, simple third party integrations or basic design adjustments, our design team will do its best to accommodate Station.
- However, if Station requests any material changes – such as major modification to design or site navigation, extensive graphic work, custom software development or related requests, additional compensation may be required. Such requests can generally be provided at our billable rate, ($90 to $150 depending on the specific work and skills required) and Station will be provided with a written estimate which will be approved before work is started.

### Design Updates

Station is first eligible for Complete Design Update 15 months after the live date of Station's site. Beyond that, Station will be eligible for Complete Design Update 12 months after the last Complete Design update. (Complete Design Update includes graphic treatment, new colors, fonts and skin changes for your station's existing site, including aesthetic updates to site navigation.)

### Software License

This Agreement includes full usage rights and all software licenses and fees to use the proprietary tools developed by Envisionwise.

### Software Training

Prior to launching live site, we'll train your staff during a telephone call how to use the software tools which allows your staff to update text, image and links on your site

### Website Hosting

Station website, software tools and content libraries will be hosted and made accessible via the Internet. Website, software tools and content libraries will be backed up on our network using best current technological practices.

### E-mail Support

Envisionwise will provide up to 30 e-mail accounts for Station personnel. These accounts will have a 10MB limit on all attachments.

Additionally, Envisionwise can establish mailbox forwarding of inbound messages to Station staff. Envisionwise will work with Station to define appropriate identities for Station's staff and establish automatic forwarding function.

### Traffic Statistics

Station will have access to live traffic data from Admin Page link. Session activity by time of day, ranking of referral sites and other key data are included in an easy to access report, available for printing and downloading.

Please fax back to: (212) 896-5383 or email to: Contracts@tritondigitalmedia.com

### Domain Registration
If your Station needs to register a domain, we will secure it on your behalf and request reimbursement of our out-of-pocket costs estimated at $20 to secure or renew a domain.

### Exclusions
Excluded from this Agreement is any additional custom design, logo design and custom software development work, which can generally be made available to Station at the Envisionwise hourly rate of $150.

Also excluded is (a) ftp access for station, (b) audio or video streaming, and (c) audio and video storage/hosting in excess of 25 mgs.

Stations seeking audio and video media capabilities beyond the scope of this Agreement should contact Triton Digital to learn about options we can provide.

---

Telephone Help:  217-493-7331
Or, send an email to Help@WebWiseforRadio.com

---