Stephanie E. L. McCleery, OSB #115834
Email: Stephanie.mccleery@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Tel.: (503) 228-3200\Fax: (503) 248-9085
Attorney for Third-Party Defendant
Triton Digital, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES FORTUNE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMBINED COMMUNICATIONS, INC.,<br><br>　　　　　Defendant. | **Case No. 6:19-cv-01236-MC**<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD-PARTY COMPLAINT BY THIRD-PARTY PLAINTIFF COMBINED COMMUNICATIONS, INC. AND THIRD-PARTY DEFENDANT TRITON DIGITAL, INC.** |
| COMBINED COMMUNICATIONS, INC.,<br><br>　　　　　Third-Party Plaintiff,<br><br>　v.<br><br>TRITON DIGITAL, INC., a Delaware corporation,<br><br>　　　　　Third-Party Defendant. | |

LOCAL RULE 7-1 CERTIFICATION

　　The undersigned certify that counsel have conferred, and counsel for Third-Party Plaintiff Combined Communications, Inc. ("Combined Communications") joins in this request for an

PAGE 1 – STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD-PARTY COMPLAINT - No. 6:19-cv-01236-MC

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97258
TELEPHONE: (503) 228-3200

extension of time for Third-Party Triton Digital, Inc. ("Triton") to respond to the Third-Party Complaint.

## MOTION

Pursuant to LR 16-3 and Fed. R. Civ. P. 6(b)(1)(B), Combined Communications and Triton (the "Parties"), move this Court for an order to extend the time for Triton to file its response to the Third-Party Complaint in this matter.

Triton's response to the Third-Party Complaint was due on November 12, 2019. Triton requests a twenty-one (21) day extension, up to and including December 3, 2019 in which to file its response to the Third-Party Complaint.

Good cause exists for this extension as defense counsel has just received the documents and filings in this case and requires time to become knowledgeable about the case to prepare an initial pleading.

The requested extension will have no impact on any existing deadlines, settings, or schedules in this matter and is not made for the purposes of delay.

Accordingly, Triton Digital, Inc. asks the Court to grant the Stipulated Motion for Extension of Time to Respond to the Third-Party Complaint to no later than December 3, 2019.

STIPULATED TO THIS 13th ay of November, 2019.

| K&L GATES, LLP | CHACKEL LAW, PC |
|---|---|
| By: *s/Stephanie E. L. McCleery*<br>Stephanie E. L. McCleery, OSB #115834<br>Email: Stephanie.mccleery@klgates.com<br>Direct Dial: (503) 226-5779<br>Attorneys for Third-Party Defendant Triton Digital, Inc. | By: *s/Geoffrey C. Chackel,*<br>Geoffrey C. Chackel, OSB #155727<br>Email: geoff@chackellaw.com<br>Tel: (619) 567-2454<br>Attorneys for Third-Party Plaintiff Combined Communications, Inc. |

PAGE 2 – STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD-PARTY COMPLAINT - No. 6:19-cv-01236-MC
502622832 v1

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97258
TELEPHONE: (503) 228-3200

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD-PARTY COMPLAINT to be served upon all counsel of record to this matter on this 13th day of November, 2019 via the Court's CM/ECF System.

DATED this 13th day of November, 2019.

                                        *s/Stephanie E. L. McCleery*
                                        Stephanie E. L. McCleery, OSB #115834
                                        *Attorneys for Third-Party Defendant*
                                        *Triton Digital, Inc.*

PAGE 3 – STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD-PARTY COMPLAINT - No. 6:19-cv-01236-MC
502622832 v1

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97258
TELEPHONE: (503) 228-3200