Stephanie E. L. McCleery, OSB #115834
Email: Stephanie.mccleery@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Tel.: (503) 228-3200\Fax: (503) 248-9085
Attorney for Third-Party Defendant
Triton Digital, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES FORTUNE,<br><br>    Plaintiff,<br><br>v.<br><br>COMBINED COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 6:19-cv-01236-MC<br><br>CORPORATE DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT TRITON DIGITAL, INC. |
| COMBINED COMMUNICATIONS, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>TRITON DIGITAL, INC., a Delaware corporation,<br><br>    Third-Party Defendant. | |

  Third-Party Defendant Triton Digital, Inc. makes the following disclosure pursuant to FRCP 7.1 and LR 7.1-1:

PAGE 1 – CORPORATE DISCLOSURE STATEMENT
502623870 v1

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97258
TELEPHONE: (503) 228-3200

Triton Digital, Inc. is wholly owned by The E.W. Scripps Company, a publicly traded Ohio corporation. There is no other publicly held corporation that owns 10% or more of The E.W. Scripps Company stock.

Dated this 13th day of November, 2019.

> K&L GATES, LLP
>
> By: *s/Stephanie E. L. McCleery*
> Stephanie E. L. McCleery, OSB #115834
> Email: Stephanie.mccleery@klgates.com
> Direct Dial: (503) 226-5779
> Attorneys for Third-Party Defendant Triton Digital, Inc.

PAGE 2 – CORPORATE DISCLOSURE STATEMENT
502623870 v1

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97258
TELEPHONE: (503) 228-3200

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of THIRD-PARTY DEFENDANT TRITON DIGITAL, INC.'S CORPORATE DISCLOSURE STATEMENT to be served upon all counsel of record to this matter on this 13th day of November, 2019 via the Court's CM/ECF System.

DATED this 13th day of November, 2019.

*s/Stephanie E. L. McCleery*
Stephanie E. L. McCleery, OSB #115834
*Attorneys for Third-Party Defendant*
*Triton Digital, Inc.*

PAGE 3 – CORPORATE DISCLOSURE STATEMENT
502623870 v1

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97258
TELEPHONE: (503) 228-3200