Geoffrey C. Chackel, Esq., OSB# 155727
geoff@chackellaw.com
CHACKEL LAW, PC
11440 W. Bernardo Court, Suite 300
San Diego, CA 92127
Tel: 619.567.2454
Fax: 619.452.1212

Attorney for Defendant Combined Communications, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES FORTUNE,<br><br>       Plaintiff,<br><br>v.<br><br>COMBINED COMMUNICATIONS, INC.,<br><br>       Defendant. | Case No: 6:19-cv-01236-MC<br><br>**DECLARATION OF JEREMY GROH IN SUPPORT OF THE RESPONSE OF THIRD PARTY PLAINTIFF COMBINED COMMUNICATIONS, INC., TO TRITON DIGITAL, INC.'S MOTION TO DISMISS THIRD PARTY COMPLAINT** |
| COMBINED COMMUNICATIONS, INC.<br><br>       Third-Party Plaintiff,<br><br>v.<br><br>TRITON DIGITAL, INC., a Delaware corporation,<br><br>       Third-Party Defendant. | |

DECLARATION OF JEREMY GROH IN SUPPORT OF RESPONSE TO MOTION TO DISMISS     1

I, Jeremy Groh, hereby declare as follows:

1. I am an individual over the age of 18 and the General Manager of Combined Communications, Inc. ("CCI"), responsible for the day-to-day operations of its radio stations, including the radio station known as KBND 1110 AM / 100.1 FM ("KBND"). I have been the General Manager of CCI since January 2015 and in that capacity am responsible for the maintenance, oversight and implementation of its contractual obligations including oversight of its website, www.kbnd.com, and the Webwise Station Affiliation Agreement (the "Agreement") with Triton Digital, Inc ("Triton"). I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. CCI is an Oregon corporation with its principal place of business in Bend, Oregon. KBND broadcasts its signal solely to the Central Oregon marketplace which includes Deschutes and Jefferson Counties.

3. Since becoming General Manager of CCI, I have reviewed and overseen the implementation of the Agreement with Triton and am personally aware from business records that Triton has regularly placed approximately 35-minutes per week of commercial radio advertising on KBND for broadcast to the Central Oregon marketplace since inception of the Agreement in 2010.

4. With regard to the Agreement between CCI and Triton, the "Service" provided by Triton under the Agreement includes the provisions of management services and content for KBND's website including photo galleries and other web-based content provided through the "Webwise" service which is controlled exclusively by Triton and Envisionwise.

5. In addition, I am General Manager of four other radio stations owned and operated by CCI in the Central Oregon market known as KLRR-FM, KMTK-FM, KTWS-FM and KWXS-FM. I have personally reviewed CCI's business records and located therein three different Webwise Station Affiliation Agreements between CCI and Triton wherein Triton agreed to provide the same Webwise "Service" to these radio stations in exchange for advertising on CCI's radio stations.

DECLARATION OF JEREMY GROH IN SUPPORT OF RESPONSE TO MOTION TO DISMISS     2

6.  The Webwise Station Affiliation Agreement between CCI and Triton for KLRR-FM was entered on August 27, 2009 and requires Triton to provide the same "Service" in exchange for receiving 21-minutes of commercial advertising on KLRR. Triton did, in fact, provide the Service to KLRR in Oregon and received this advertising time from CCI and delivered its content directly to KLRR in Oregon for this purpose since inception of the agreement.

7.  The Webwise Station Affiliation Agreement between CCI and Triton for KMTK-FM was entered on July 22, 2009 and requires Triton to provide the "Service" in exchange for receiving 42-minutes of commercial advertising on KMTK each week. Triton did, in fact, provide the Service to KMTK in Oregon and received this advertising time from KMTK and delivered its content directly to KMTK in Oregon for this purpose since inception of the agreement.

8.  The Webwise Station Affiliation Agreement between CCI and Triton for KTWS-FM was entered on October 14, 2009 and requires Triton to provide the "Service" in exchange for receiving 21-minutes of commercial advertising on KTWS each week. Triton did, in fact, provide the Service to KTWS in Oregon and received this advertising time from KTWS and delivered its content directly to KTWS in Oregon for this purpose since inception of this agreement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 17, 2019.

_____
JEREMY GROH

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2019, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court, District of Oregon, via the *CM/ECF* system. Participants in this case who are registered *CM/ECF* users will be served by the *CM/ECF* system.

Dated December 17, 2019.

CHACKEL LAW, PC

*s/* Geoffrey C. Chackel
Geoffrey C. Chackel, Esq., OSB# 155727
Attorney for Defendant Combined Communications, Inc.