Stephanie E. L. McCleery, OSB #115834
Email: stephanie.mccleery@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Tel.: (503) 228-3200\Fax: (503) 248-9085
        Attorneys for Triton Digital, Inc.

*(additional counsel on signature page)*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| JAMES FORTUNE,<br><br>    Plaintiff,<br>  v.<br>COMBINED COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 6:19-cv-01236-MC<br><br>**DECLARATION OF STEPHANIE MCCLEERY IN SUPPORT OF TRITON DIGITAL, INC.'S REPLY IN SUPPORT OF ITS FRCP 60(B)(3) MOTION TO RECONSIDER APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE* OF RICHARD LIEBOWITZ** |
| COMBINED COMMUNICATIONS, INC.,<br><br>    Third-Party Plaintiff,<br>  v.<br>TRITON DIGITAL, INC.,<br><br>    Third-Party Defendant. | |
| TRITON DIGITAL, INC., a Delaware corporation,<br><br>    Third-Party Plaintiff,<br>  v.<br>ENVISIONWISE LLC, an Illinois limited liability company,<br><br>    Third-Party Defendant. | |

PAGE 1 – DECLARATION OF STEPHANIE MCCLEERY IN SUPPORT OF TRITON'S REPLY IN SUPPORT OF MOTION TO RECONSIDER PRO HAC VICE ADMISSION OF RICHARD LIEBOWITZ

I, Stephanie McCleery, declare under penalty of perjury:

1. I am over the age of 18. I make this Declaration based on my personal knowledge, and it is true to the best of my knowledge, information and belief. I am prepared to testify to the matters discussed herein.

2. I am an attorney at K & L Gates LLP and represent Third Party Defendant Triton Digital, Inc. in this action.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Memorandum Opinion and Order in *Steeger v. JMS Cleaning Servs., LLC*, No. 17CV8013(DLC) 2018 WL 1136113 (S.D.N.Y. Feb. 28, 2018).

4. Attached hereto as Exhibit 2 is a true and correct copy of the Opinion and Order issued in *Steeger v. JMS Cleaning Services, LLC*, 1:17-cv-08013-DLC Dkt. 27 (S.D.N.Y. March 15, 2018).

5. Attached hereto as Exhibit 3 is a true and correct copy of the Order issued in *Gardiner Anderson v. Outhouse PR, LLC*, 1:17-cv-06722-LTS-BCM (S.D.N.Y. April 2, 2018).

6. Attached hereto as Exhibit 4 is a true and correct copy of the Order issued in *Adam Romanowicz v. Alister & Paine, Inc.*, 1:17-cv-08937-PAE-KHP (S.D.N.Y. June 22, 2018).

7. Attached hereto as Exhibit 5 is a true and correct copy of the Order issued in *Helayne Seidman v. Gax Productions, LLC,* 1:18-cv-02048-RA-BCM (S.D.N.Y. September 6, 2018).

8. Attached hereto as Exhibit 6 is a true and correct copy of the Order issued in *Pierre Yves Chicoineau v. Bonnier Corporation*, 1:18-cv-03264-JSR-OTW (S.D.N.Y. October 9, 2018).

9. Attached hereto as Exhibit 7 is a true and correct copy of the Opinion and Order issued in *Glen Craig v. UMG Recordings, Inc.*, 1:16-cv-05439-JPO (S.D.N.Y. March 3, 2019).

PAGE 2 – DECLARATION OF STEPHANIE MCCLEERY IN SUPPORT OF TRITON'S REPLY IN SUPPORT OF MOTION TO RECONSIDER PRO HAC VICE ADMISSION OF RICHARD LIEBOWITZ

K&L GATES LLP
1 SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97204
TELEPHONE: (503) 228-3200

10. Attached hereto as Exhibit 8 is a true and correct copy of the Opinion and Order in *Rice v. NBCUniversal Media, LLC,* No. 19-cv-447(JMF) 2019 WL 3000808 (S.D.N.Y. July 10, 2019).

11. Attached hereto as Exhibit 9 is a true and correct copy of the Memorandum Opinion issued in *Steve Sands v. Bauer Media Group USA, LLC,* 1:17-cv-09215-LAK 2019 WL 4464672 (S.D.N.Y. September 18, 2019).

12. Attached hereto as Exhibit 10 is a true and correct copy of the Opinion and Order issued in *Polaris Images Corporation v. CBS Interactive, Inc.,* 1:19-cv-03670-VEC (S.D.N.Y. October 9, 2019).

13. Attached hereto as Exhibit 11 is a true and correct copy of Mr. Liebowitz's *pro hac vice* application filed in *Alcorn v. Alpha Media, LLC*, 1:19-cv-01193-SB, Dkt. 5 (D.Or. August 5, 2019).

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

DATED this 28th day of February, 2020.

By: */s Stephanie E. L. McCleery*
      Stephanie E. L. McCleery

PAGE 3 – DECLARATION OF STEPHANIE MCCLEERY IN SUPPORT OF TRITON'S REPLY IN SUPPORT OF MOTION TO RECONSIDER PRO HAC VICE ADMISSION OF RICHARD LIEBOWITZ

K&L GATES LLP
1 SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97204
TELEPHONE: (503) 228-3200

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2020, I caused to be served a copy of the foregoing DECLARATION OF STEPHANIE MCCLEERY IN SUPPORT OF TRITON'S REPLY IN SUPPORT OF MOTION TO RECONSIDER PRO HAC VICE ADMISSION OF RICHARD LIEBOWITZ upon all counsel of record listed below via the Court's CM/ECF electronic service system.

ATTORNEYS FOR PLAINTIFF:

Michael O. Stevens
Stevens & Legal LLC
3699 NE John Olsen Avenue
Hillsboro, OR 97124
971-533-6178
Fax: 971-228-2608
Email: michael@hillsborofirm.com

Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580
516-233-1660
Fax: 516-612-2740
Email: rl@liebowitzlawfirm.com

ATTORNEYS FOR DEFENDANT/THIRD-PARTY PLAINTIFF:

Geoffrey C. Chackel
Chackel Law, P.C.
11440 W Bernardo Court
Suite 300
San Diego, CA 92127
619 567 2454
Fax: 619 452 1212
Email: geoff@chackellaw.com

DATED this 28th day of February, 2020.

By: /s Stephanie E. L. McCleery
Stephanie E. L. McCleery
Attorneys for Third-Party Defendant
Triton Digital, Inc.

CERTIFICATE OF SERVICE
502859098 v2