```
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARDINER ANDERSON,

        Plaintiff,

        -against-

OUTHOUSE PR, LLC,

        Defendant.

17-CV-6722 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

1. For the reasons stated on the record during today's telephonic status conference, plaintiff's counsel, Liebowitz Law Firm, PLLC, is sanctioned in the amount of $100, pursuant to Fed. R. Civ. P. 37(b)(2)(C) for its failure to serve plaintiff's initial disclosures in compliance with this Court's Initial Case Management and Scheduling Order dated December 18, 2017 (Dkt. No. 19). Plaintiff's counsel were unequivocally put on notice of that failure by January 20, 2018 (*see* Dkt. No. 24-1, at ECF page 2), yet still failed to serve the required disclosures until after this Court issued its Order to Show Cause dated March 27, 2018 (Dkt. No. 21). The sanction is to be paid to defendant's counsel no later than **Friday, April 6, 2018.**

2. Plaintiff's Notice of Deposition dated March 29, 2018 (Dkt. No. 24-1, at ECF pages 28-29) misidentifies the plaintiff in this action and fails to comply with Fed. R. Civ. P. 30(b)(6). It is therefore of no force or effect.

3. The discovery and other pretrial deadlines set forth in the Initial Case Management and Scheduling Order are unchanged.

Dated: New York, New York
       April 2, 2018

                              **SO ORDERED.**

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**

EXHIBIT 3
Page 1 of 1