USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ADAM ROMANOWICZ,

                                    Plaintiff,                                  **ORDER**

                   -against-                                  17-CV-8937 (PAE) (KHP)

ALISTER & PAINE, INC.

                                  Defendant.
-----------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This Court scheduled an Inquest Hearing for June 19, 2018 (Doc. No. 19). Plaintiff's counsel failed to attend the hearing as ordered and failed to request an adjournment. This is wholly unacceptable. Counsel is expected to comply with this Court's Orders and, if needed, request an adjournment in advance of a scheduled hearing.

      In this Court's Order (Doc. No. 19), the Court also directed Plaintiff to serve a copy of the Default Judgment issued by the Hon. Paul A. Engelmayer in this matter, along with a copy of the Court's Order (Doc. No. 19) via a method intended to ensure delivery to Defendant. The Court directed Plaintiff to file an affidavit of service of the Default Judgment and its Order with the Court. This Court also directed Plaintiff to serve a copy of all papers filed in connection with the damages inquest on Defendant by Friday, May 25, 2018 and to file an affidavit of service with the Court. Plaintiff's counsel did not comply with this Court's Order. No affidavits of service were filed. Moreover, only after this Court inquired as to Plaintiff's counsel's whereabouts when they failed to appear on June 19, 2018 did Plaintiff's counsel request an extension of time

EXHIBIT 4
Page 1 of 2

to service the default judgment, the Order (Doc. No. 19) and their damages papers (Doc. No. 23). This too is wholly unacceptable.

As a consequence of Plaintiff's counsel's failure to comply with this Court's prior Orders, counsel shall pay a fine of $200 to the Clerk of this Court.

So as not to prejudice the Plaintiff, this Court will reschedule the Inquest hearing to **July 23, 2018 at 12:00 p.m. in Courtroom 17-D, 500 Pearl Street, New York, New York.**

Plaintiff shall serve a copy of this Order, together with the prior orders and other filings referenced in the prior order (Doc. No. 19) by no later than July 9. Defendant shall have until July 19, 2018 to object/response and must file any objections and/or response with this Court and provide a copy to Plaintiff's counsel.

**SO ORDERED.**

Dated: June 22, 2018
    New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge