UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PIERRE YVES CHICOINEAU,          :

    Plaintiff,               :

    -v-                      :

BONNIER CORPORATION,             :

    Defendant.               :
------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

18-cv-3264 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    Pursuant to a civil case management plan entered on May 2, 2018, the parties in this case were scheduled to attend a final pretrial conference on October 5, 2018 at 4:00 p.m. See ECF No. 12. Defendant's counsel, Thomas Butler, Esq., attended the conference as planned. Plaintiff's counsel, Richard Liebowitz, Esq., failed to attend the conference because of what he described as a calendaring error. Accordingly, Mr. Liebowitz is hereby ordered to pay Mr. Butler $500 as compensation for Mr. Butler's time. The payment must be made within one week of the issuance of this Order. In addition, the final pretrial conference is hereby rescheduled for October 10, 2018 at 11:00 a.m.

    SO ORDERED

Dated:    New York, NY

        October 5, 2018

                              JED S. RAKOFF, U.S.D.J.

EXHIBIT 6
Page 1 of 1