Michael O. Stevens, OSB No. 095198
michael@hillsborofirm.com
STEVENS & LEGAL, LLC
1915 NE Stucki Avenue, Suite 308
Hillsboro, OR 97006
Tel: (971) 533-6178
Fax: (971) 228-2608

Attorney for Plaintiff James Fortune

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES FORTUNE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COMBINED COMMUNICATIONS, INC.,<br><br>　　Defendant. | Case No.: **6:19-cv-01236-MC**<br><br>**JOINT REPORT OF FRCP 26(f) CONFERENCE AND DISCOVERY PLAN** |
| COMBINED COMMUNICATIONS, INC.,<br><br>　　Third-Party Plaintiff,<br><br>　　v.<br><br>TRITON DIGITAL, INC., a Delaware corporation,<br><br>　　Third-Party Defendant. | |
| TRITON DIGITAL, INC., a Delaware corporation,<br><br>　　Third-Party Plaintiff,<br><br>　　v. | |

ENVISIONWISE LLC, an Illinois limited liability company,

    Third-Party Defendant.

Pursuant to the Rule 26(f) of the Federal Rules of Civil Procedure, the counsel for the parties conducted a Rule 26(f) conference via telephone on April 7, 2020. In attendance was Geoffrey C. Chackel, counsel for Combined Communications, Inc.; Stephanie E. L. McCleery, counsel for Triton Digital, Inc.; and Michael O. Stevens, counsel for Plaintiff. Service is pending on Third-Party Defendant ENVISIONWISE LLC, and as such did not participate in the Conference.

The parties conferred on the topics required under Rule 26(f), as well as other topics in the case and report as follows to the Court:

1) The parties are amenable to a referral to the Court-Sponsored Mediator panel.
2) Initial disclosures are due April 21, 2020.
3) If needed, Plaintiff will prepare a Tier I Protective Order for the parties to review.
4) A joint alternative dispute resolution statement is due 300 days from the RCP Rule 16 Conference (February 1, 2021).
5) A discovery plan calls for discovery to open on the day of the FRCP Rule 16 Conference. Discovery would close 300-days after the FRCP Rule 16 Conference (February 1, 2021). The dispositive motion deadline would be 30-days after the close of fact discovery (March 3, 2021). Expert disclosures are due within 30 days of the court's ruling on dispositive motions, or if no dispositive motions are filed, within 30 days of the dispositive motion filing deadline. Expert rebuttal reports are

due within 30-days of expert disclosures. Depositions of Plaintiff's Experts are to be completed within 30 days of expert disclosures, and depositions of Defendants' Experts to be completed within 30 days of the conclusion of the depositions of Plaintiff's Experts.

6) Trial is requested in July 2021.

7) The parties agreed to serve and respond to discovery requests electronically, except where impractical due to file size.

DATED: April 7, 2020

STEVENS & LEGAL, LLC

By: /s/ Michael O. Stevens
Michael O. Stevens, OSB No. 095198
michael@hillsborofirm.com
Attorney for Plaintiff

K&L GATES LLP

By: /s Stephanie E. L. McCleery
Stephanie E. L. McCleery, OSB # 115834
stephanie.mccleery@klgates.com
Attorneys for Triton Digital, Inc.

Respectfully submitted,

CHACKEL LAW, PC

By: s/ Geoffrey C. Chackel
Geoffrey C. Chackel, OSB #155727
geoff@chackellaw.com
Attorney for Combined Communications, Inc.