Michael O. Stevens, OSB No. 095198
email: michael@hillsborofirm.com
STEVENS & LEGAL, LLC
1915 NE Stucki Avenue, Suite 308
Hillsboro, OR 97006
Tel: (971) 533-6178
Fax: (971) 228-2608

Attorney for Plaintiff JAMES FORTUNE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES FORTUNE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COMBINED COMMUNICATIONS, INC.,<br><br>　　Defendant. | Case No.: **6:19-cv-01236-MC**<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL |
| COMBINED COMMUNICATIONS, INC.,<br><br>　　Third-Party Plaintiff,<br><br>　　v.<br><br>TRITON DIGITAL, INC., a Delaware corporation,<br><br>　　Third-Party Defendant. | |
| TRITON DIGITAL, INC., a Delaware corporation,<br><br>　　Third-Party Plaintiff,<br><br>　　v. | |

STIPULATED GENERAL JUDGMENT OF DISMISSAL

Page 1

ENVISIONWISE LLC, an Illinois limited liability company,

    Third-Party Defendant.

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff, James Fortune, and Defendant, Combined Communications, Inc., jointly stipulate that this case and all claims and counterclaims herein are dismissed with prejudice and without costs or attorneys' fees to any party. Third-Party Plaintiff Combined Communications, Inc. and Third-Party Defendant Triton Digital, Inc. jointly stipulate that this case and all claims and counterclaims herein are dismissed with prejudice and without costs or attorneys' fees to any party. Lastly, Third-Party Plaintiff Triton Digital, Inc. and Third-Party Defendant, Envisionwise LLC jointly stipulate that this case and all claims and counterclaims herein are dismissed with prejudice and without costs or attorneys' fees to any party. This Court shall retain jurisdiction over the parties to enforce the terms of their respective settlement agreements.

DATED: November 17, 2020                        Respectfully submitted,

STEVENS & LEGAL, LLC                      CHACKEL LAW, P.C.

By: /s/ Michael O. Stevens                 By: /s/ Geoffrey C. Chackel
Michael O. Stevens, OSB No. 095198     Geoffrey C. Chackel, OSB No. 155727
michael@hillsborofirm.com                    geoff@chackellaw.com
Attorney for Plaintiff                            Attorney for Combined
                                                  Communications, Inc

| | |
|---|---|
| K&L GATES LLP | TANENBAUM KEALE, LLP |
| By: /s/ Darlene Ghavimi | By: /s/ Christopher S. Marks |
| Darlene Ghavimi, TX Bar No. 24072114 | Christopher S. Marks, OSB No. 022052 |
| Darlene.Ghavimi@klgates.com | cmarks@tktrial.com |
| Attorneys for Triton Digital, Inc. | Attorneys for Envisionwise LLC |